

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Kerwin Stephens; Thunderbird Oil & Gas, LLC; Thunderbird Resources, LLC; Thunderbird Land Services, LLC; Stephens & Myers, LLP; and Chester Carroll,

Vs. No. 11-16-00177-CV

Three Finger Black Shale Partnership; Trek Resources, Inc.; Tiburon Land & Cattle, L.P.; L.W. Hunt Resources, LLC; and Richard Raughton,

—and—

L.W. Hunt Resources, LLC and Richard Raughton, individually and as successor in interest of Arapaho Energy, LLC,

Vs. No. 11-16-00177-CV

Kerwin Stephens; Thunderbird Oil & Gas, LLC; Thunderbird Resources, LLC; Thunderbird Land Services, LLC; Stephens & Myers, LLP; and Chester Carroll,

* From the 32nd District Court of Fisher County
Trial Court No. DC-2013-0016.

* December 31, 2018

* Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J., Willson, J., and Wright, S.C.J., sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment

of the trial court is reversed and rendered in part and affirmed in part, and the cause is remanded to the trial court. We reverse the portions of the trial court's judgment in favor of Three Finger Black Shale Partnership and render judgment that Three Finger take nothing in this lawsuit. We also reverse those portions of the trial court's judgment by which the trial court awarded any relief to Hunt Resources, LLC or Richard Raughton that is based upon the existence of any partnership or conspiracy, and we render judgment that Hunt Resources and Raughton take nothing by virtue of those causes of actions. We affirm those portions of the trial court's judgment against Kerwin Stephens in favor of Hunt Resources and Raughton that pertain to the attorney–client relationship: namely, $850,083 and $739,636 in actual damages, respectively, and $2,000,000 and $1,000,000 in exemplary damages, respectively. We also affirm the $1,600,000 disgorgement award against Stephens & Myers, LLP. We also affirm the trial court's judgment insofar as it held that Raughton could not recover individually for injuries suffered by Arapaho Energy, LLC.

We remand this cause to the trial court for proceedings consistent with the opinion issued by this court. The costs incurred by reason of this appeal are taxed one-third against Kerwin Stephens; Thunderbird Oil & Gas, LLC; Thunderbird Resources, LLC; Thunderbird Land Services, LLC; Stephens & Myers, LLP; and Chester Carroll; one-third against Three Finger Black Shale Partnership; Trek Resources, Inc.; and Tiburon Land & Cattle, L.P.; and one-third against Richard Raughton and L.W. Hunt Resources, LLC.